RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 OCT -7  P 12:28

WILLIAM W. BLEVINS
CLERK

**SEALED**

**FELONY**

United States Courts
Southern District of Texas
FILED

*November 10, 2016*

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATION OF THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-178** |
| v. | * | **SECTION: SECT. A MAG. 4** |
| **MICHAEL WHITE** | * | **VIOLATION:** 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(A) |
| | * | 21 U.S.C. § 846 |
| | * | SEALED |
| | * | H 16-1663M |
| * | * | * |

The Grand Jury charges that:

### COUNT 1

Beginning at a time unknown but prior to the year 2014, and continuing until the filing of this indictment, in the Eastern District of Louisiana and elsewhere, the defendants, **MICHAEL WHITE,** ▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓ did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute one (1) kilogram or more of heroin, a Schedule I drug controlled substance, and five (5) kilograms or more of cocaine hydrochloride, a Schedule II

drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

### NOTICE OF DRUG FORFEITURE

1. The allegations of Count 1 of this indictment are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 1, the defendants, **MICHAEL WHITE**, ███████████████████ and ███████████████ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants.

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

JOHN F. MURPHY
Assistant United States Attorney

New Orleans, Louisiana
October 7, 2016

CLERK'S OFFICE
A TRUE COPY

OCT 07 2016

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

3